UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GMAC, | ) Case No. 06-CV-1415-LAB (JMA) |
| Plaintiff, | ) **ORDER RESCHEDULING EARLY** |
| | ) **NEUTRAL EVALUATION CONFERENCE** |
| v. | ) |
| ELITE SPORTS GROUP, etc., et al., | ) |
| Defendants. | ) |

At the request of counsel, **IT IS HEREBY ORDERED** that the Early Neutral Evaluation Conference scheduled for October 11, 2006 at 2:00 p.m. is <u>rescheduled</u> for **October 25, 2006** at **10:00 a.m.** in the chambers of the Honorable Jan M. Adler, United States Magistrate Judge, Room 1165, U.S. Courthouse, 940 Front Street, San Diego, California.

**IT IS SO ORDERED.**

DATED: September 13, 2006

Jan M. Adler
U.S. Magistrate Judge

K:\COMMON\Adler\CASES\GMAC\ene resch order.wpd          06cv1415