UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GMAC, | ) Case No. 06-CV-1415-LAB (JMA) |
| Plaintiff, | ) **ORDER FOLLOWING EARLY NEUTRAL** |
| v. | ) **EVALUATION CONFERENCE, SETTING** |
| | ) **RULE 26 COMPLIANCE AND NOTICE** |
| ELITE SPORTS GROUP, etc., et al., | ) **OF TELEPHONIC CASE MANAGEMENT** |
| | ) **CONFERENCE** |
| Defendants. | ) |

On October 25, 2006 at 10:00 a.m., the Court convened an Early Neutral Evaluation Conference in the above entitled action.

Pursuant to Rule 26 of the Federal Rules of Civil Procedure, the Court issues the following orders:

1. The Rule 26(f) conference shall be completed by <u>November 21, 2006</u>;

2. All parties shall fully comply with the Initial Disclosure requirements of Rule 26(a)(1) by <u>December 5, 2006</u>;

3. A proposed joint discovery plan shall be lodged with Magistrate Judge Adler's chambers on or before <u>December 5, 2006</u> (the parties should consult Rule 26(f) for the substance of the

discovery plan); and,

    4.    Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, a telephonic Case Management Conference shall be held on **December 13, 2006** at **9:30 a.m.** before Magistrate Judge Adler. All counsel shall appear telephonically at this conference. The Court will initiate the conference call.

    Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

**IT IS SO ORDERED.**

DATED:   October 26, 2006

                                                    Jan M. Adler
                                                   U.S. Magistrate Judge