UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GMAC, | ) Case No. 06-CV-1415-LAB (JMA) |
| Plaintiff, | ) **ORDER FOLLOWING TELEPHONIC** |
| | ) **CASE MANAGEMENT CONFERENCE** |
| v. | ) |
| ELITE SPORTS GROUP, etc., et al., | ) |
| Defendants. | ) |

The Court convened a telephonic Case Management Conference on May 9, 2007 at 9:30 a.m. During the conference, Jonathan Zeko, Esq., counsel for Defendant Laura Brown, advised the Court that he is having a communication problem with his client and, as a result, has not been able to timely respond to discovery propounded by Plaintiff.

**IT IS HEREBY ORDERED:**

1. A telephonic Case Management Conference shall be held on **June 12, 2007** at **9:00 a.m.** All counsel and unrepresented parties shall participate in this conference. The Court will initiate the conference call.

2. Defendant Brown is required to produce documents responsive to outstanding discovery requests in this case pursuant to the applicable Federal Rules of Civil Procedure. To that end, the Court requires that Ms. Brown turn over any responsive documents to her counsel <u>on or before June 5, 2007</u>. If she has not done so, she will be required to personally participate in the conference call with the Court on June 12, 2007. Mr. Zeko shall be prepared to provide the Court with a telephone number for Ms. Brown, if necessary, at the time the Court places the conference call.

**IT IS SO ORDERED.**

DATED: May 9, 2007

_____
Jan M. Adler
U.S. Magistrate Judge