|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| GMAC, | ) Case No. 06-CV-1415-LAB (JMA) |
|---|---|
| Plaintiff, | ) **ORDER RESCHEDULING MANDATORY** |
|   | ) **SETTLEMENT CONFERENCE** |
| v. | ) |
| ELITE SPORTS GROUP, etc., et al., | ) |
| Defendants. | ) |

At the request of counsel, and upon good cause appearing, **IT IS HEREBY ORDERED** that the Mandatory Settlement Conference scheduled for October 11, 2007 at 10:00 a.m. is <u>rescheduled</u> for **October 25, 2007** at **10:00 a.m.** Counsel shall submit settlement statements **directly** to Magistrate Judge Adler's chambers by no later than **October 18, 2007**. Counsel may have their statements personally delivered to chambers, may e-mail their statements to <u>efile_adler@casd.uscourts.gov</u>, or may fax their statements to

//

//

//

1 | (619) 702-9939.

2 | **IT IS SO ORDERED.**

3 | DATED: September 14, 2007

```
                                        _____
                                        Jan M. Adler
                                        U.S. Magistrate Judge
```