UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GMAC, | ) | Case No. 06-CV-1415-LAB (JMA) |
| | ) | |
| Plaintiff, | ) | **ORDER REGARDING SETTLEMENT** |
| | ) | **DISPOSITION CONFERENCE** |
| v. | ) | |
| | ) | |
| ELITE SPORTS GROUP, etc., et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

A Mandatory Settlement Conference was held on November 5, 2007 at 4:00 p.m.  The case settled and the terms of the settlement were placed on the record (12:39-12:50).  The attorneys must personally appear for a Settlement Disposition Conference on **December 5, 2007** at **4:00 p.m.** in the chambers of Magistrate Judge Adler unless a joint motion for dismissal is filed with the Court, and a separate proposed order for dismissal is e-mailed to the district judge's e-mail address, prior to that time.[1]  If a joint motion for dismissal and proposed order

---

[1]See Electronic Case Filing Administrative Policies and Procedures Manual, Sections 2.f. and 2.h., for more information.

thereon cannot be provided on or before the date indicated above, counsel shall contact the chambers of Magistrate Judge Adler <u>at least one court day before</u> the date indicated above to explain the reasons therefor.   <u>Failure to comply with this order may be cause for the imposition of monetary sanctions.</u>

**IT IS SO ORDERED.**

DATED:  November 6, 2007

Jan M. Adler
U.S. Magistrate Judge

06cv1415